UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


| | |
|---|---|
| Honorable Lawrence K. Karlton<br>Senior United States District Judge<br>Sacramento, California | RE:  **Steven Eugene Shelton**<br>     **Docket Number:  0972 2:13CR00376-001**<br>     <u>**PERMISSION TO TRAVEL**</u><br>     <u>**OUTSIDE THE COUNTRY**</u> |


Your Honor:

Steven Eugene Shelton is requesting permission to travel on a 7-day Caribbean cruise.  Mr. Shelton is current with all supervision obligations, and the probation officer recommends approval be granted. Mr. Shelton has completed electronic monitoring, mental health counseling, and is current on the agreed upon monthly financial obligation.

**Conviction and Sentencing Date:**     On November 28, 2011, Steven Eugene Shelton was sentenced for the offense(s) of Wire Fraud in violation of 18 USC 1343, a Class C Felony, in the Northern District of California, Docket Number 4:05CR00334-4SBA.  Transfer of jurisdiction was received in the Eastern District of California on December 18, 2013.

**Sentence Imposed:**  Mr. Shelton was sentenced to six months imprisonment followed by three years supervised release.  He was ordered to pay a special assessment of $100 and restitution in the amount of $1,575,250.  Special Conditions: 6 months of electronic monitoring; mental health treatment; cooperation with DNA testing; no firearms; no contact with co-defendants and not possess any false identification and provide true identity at all times.

**Dates and Mode of Travel:**  May 2014, Norwegian Cruise lines

**Purpose:**  To celebrate 20 plus years of marriage, he was given this timeshare by family.

RE:     **Steven Eugene Shelton**
        **Docket Number:  0972 2:13CR00376-001**
        **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

>   Respectfully submitted,
>   /s/ Shari R. Simon
>
>   **SHARI R. SIMON**
>   **U.S. Probation Officer**

Dated:  February 24, 2014
        Roseville, California
        SRS/jc

/s/ Michael A. Sipe

**REVIEWED BY:**  **Michael A. Sipe**
                  **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒     Approved        ☐     Disapproved

**February 25, 2014**
**Date**                          **Lawrence K. Karlton**
                                  **Senior United States District Judge**

2